FILED '09 SEP 18 15:09 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DALE and DIANNA LEE, | CASE NO. 6:09-CV-6057-TC |
| Plaintiff, | STIPULATED ORDER DISMISSING TWO DEFENDANTS WITHOUT ALLOWING PREJUDICE AND ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT |
| vs. | |
| STANDARD FIRE INSURANCE COMPANY, A Corporation, and | |
| Defendant | |

Based upon the Stipulation and agreement of the Plaintiff's and Defendant. The Standard Fire Insurance Company, not other Defendant(s) having appeared, and the file herein, it is hereby ORDERED;

1.

Defendants; The Travelers Indemnity Company and John Doe Insurance Company, are dismissed without prejudice.

///
///
///
///
///
///
///
///
///

- 1 STIPULATED ORDER

R. Scott Taylor
OSB # 74324
627 Country Club Rd.
Eugene OR 97477
Phone (541) 485-1511 / Fax (541) 465-9410

2.

Plaintiffs are allowed to file an Amended Complaint.

DATED: September __18__ 2009

_____
Honorable Thomas Coffin, District Judge

IT IS SO AGREED AND STIPULATED:

**R. Scott Taylor**
Digitally signed by R. Scott Taylor
DN: cn=R. Scott Taylor, o=R. Scott Taylor, Attorney at Law, ou=Scott's Office, email=omantaylor@hotmail.com, c=US
Date: 2009.09.17 12:21:54 -07'00'

_____
R. Scott Taylor, Attorney for Plaintiffs
627 Country Club Rd.
Eugene OR, 97401
Ph: 541-485-1511 / Fax: 541-465-9410
OSB # 74324


/s/ John Bennett (consent to E-Sign Given)
John Bennett, Attorney for Defendant
The Standard Insurance Company
Bullivant, Houser, Bailey PC.,
300 Pioneer Tower
888 SW 5th Ave
Portland OR 97402

- 2 STIPULATED ORDER

R. Scott Taylor
OSB # 74324
627 Country Club Rd.
Eugene OR 97477
Phone (541) 485-1511 / Fax (541) 465-9410

CERTIFICATE OF SERVICE

I, Scott Taylor, certify that on September 17 2009, I served a true copy of the foregoing Amended Complaint on:

Of Attorneys for Defendant:

John Bennett, Attorney
Bullivant/Houser/Bailey pc,
300 Pioneer Tower,
888 SW 5th Av. Portland Or 97204-2089

_____XX____ by electronic means through the Court's Case Management/Electronic Case File System on the date set forth above.

_____ by mailing a full, true and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney(s) as shown above (the last-known office address of said attorney(s), and deposited with the US Postal Service at Eugene Or on the date set forth above.

_____ by faxing a full, true and correct copy thereof to the attorney(s) at the fax number as shown above (which is the last-known fax number of said attorney(s), on the date set forth above.

R. Scott Taylor
*Digitally signed by R. Scott Taylor
DN: cn=R. Scott Taylor, o=R. Scott Taylor, Attorney at Law, ou=Scott's Office, email=omantaylor@hotmail.com, c=US
Date: 2009.09.17 12:22:31 -07'00'*

R. Scott Taylor, OSB 74324
Attorney for Plaintiffs
541.485.1511; fax 541.465.9410
omantaylor@hotmail.com

- 3 STIPULATED ORDER

R. Scott Taylor
OSB # 74324
627 Country Club Rd.
Eugene OR 97477
Phone (541) 485-1511 / Fax (541) 465-9410